KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Take-Two Interactive Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive,<br><br>    Defendants. | CASE NO. 3:21-CV-6831<br><br>**PLAINTIFF TAKE-TWO INTERACTIVE SOFTWARE, INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURES**<br><br>[Local Rule 3-15; Fed. R. Civ. Pro. 7.1] |

Pursuant to Local Rule 3-15 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Take-Two Interactive Software, Inc. certifies that, as of this date, other than the named parties, there is no financial interest in the subject matter in controversy or in a party to the proceeding to report.

DATED: September 2, 2021

RESPECTFULLY SUBMITTED,

KARIN G. PAGNANELLI
MARC E. MAYER
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Karin G. Pagnanelli*
Karin G. Pagnanelli
Marc E. Mayer
Attorneys for Plaintiff
Take-Two Interactive Software, Inc.

CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURES