UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:21-CV-6831-TSH<br><br>The Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF PLAINTIFF TAKE-TWO INTERACTIVE SOFTWARE, INC. FOR ALTERNATIVE SERVICE ON DEFENDANTS THEO MORRA, ADRIAN GRABER AND ERAY ORÇUNUS**<br><br>[Administrative Motion and Declaration of Karin G. Pagnanelli filed concurrently herewith**]** |

Mitchell Silberberg & Knupp LLP

13457131.1

CASE NO. 3:21-CV-6831

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS THEO MORRA, ADRIAN GRABER AND ERAY ORÇUNUS**

The Court has read and considered all papers filed in support of and in opposition to the Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. ("Plaintiff" or "Take-Two") for Alternative Service on Defendants Theo Morra, Adrian Graber and Eray Orçunus.

The Motion is **GRANTED**.  Take-Two may serve the summons and complaint on:

1. **Defendants Theo Morra, Adrian Graber, and Eray Orçunus by post**, at the postal addresses specified in their respective DMCA counter notices at issue in this action.

2. **Defendant Eray Orçunus by email**, at the email address specified in his DMCA counter notice at issue in this action.

3. **Defendants Theo Morra and Adrian Graber by email**, at the email addresses identifiable through their respective GitHub.com web pages.

**IT IS SO ORDERED.**

DATED: _____, 2021

Honorable Thomas S. Hixson
United States Magistrate Judge

Mitchell Silberberg & Knupp LLP
13457131.1

2   CASE NO. 3:21-CV-6831
**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS THEO MORRA, ADRIAN GRABER AND ERAY ORÇUNUS**