KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Take Two Interactive Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, <br><br> Defendants. | CASE NO. 3:21-CV-6831-TSH <br><br> [Magistrate Judge Thomas S. Hixson] <br><br> **NOTICE OF APPEARANCE OF MARK C. HUMPHREY ON BEHALF OF PLAINTIFF TAKE-TWO INTERACTIVE SOFTWARE, INC.** |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Mark C. Humphrey of Mitchell Silberberg & Knupp, LLP hereby enters an appearance as counsel for Take-Two Interactive Software, Inc. in the above-referenced action.

> Mark C. Humphrey
> Mitchell Silberberg & Knupp LLP
> 2049 Century Park East, 18th Floor
> Los Angeles, CA  90067-3120
> Telephone: (310) 312-2000
> Facsimile: (310) 312-3100
> mxh@msk.com

DATED: September 16, 2021       RESPECTFULLY SUBMITTED,

KARIN G. PAGNANELLI
MARC E. MAYER
MARK C. HUMPHREY
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Mark C. Humphrey*
     Mark C. Humphrey
     Attorneys for Plaintiff
     Take-Two Interactive Software, Inc.

Mitchell Silberberg & Knupp LLP

13483713.1

2                                              CASE NO. 3:21-cv-6831
**NOTICE OF APPEARANCE**