KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Take Two Interactive Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, <br><br> Defendants. | CASE NO. 3:21-CV-6831-TSH <br><br> [Magistrate Judge Thomas S. Hixson] <br><br> **PROOF OF SERVICE OF SUMMONS ON DEFENDANT ADRIAN GRABER** |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Karin G. Pagnanelli (SBN 174763); Mark C. Humphrey (SBN 291718)<br>Mitchell Silberberg & Knupp LLP<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067-3120<br>TELEPHONE NO.: (310) 312-2000   FAX NO. *(Optional):* (310) 312-3100<br>E-MAIL ADDRESS *(Optional):* kgp@msk.com; mxh@msk.com<br>ATTORNEY FOR *(Name):* Plaintiff, Take Two Interactive Software, Inc. | |

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Phillip Burton Federal Building & United States Courthouse

PLAINTIFF/PETITIONER: Take Two Interactive Software, Inc.

DEFENDANT/RESPONDENT: Angelo Papenhoff, a/k/a AAP, an individual, et al.

CASE NUMBER: 3:21-CV-6831-TSH

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution
   d. ☒ Civil Case Cover Sheet
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* See Attachment 1 for Additional Documents Served

3. a. Party served *(specify name of party as shown on documents served):* ADRIAN GRABER, an individual

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: Carl-Leverkus-Straße 17, 51373  Leverkusen, Germany

5. I served the party (check proper box)
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Take Two Interactive Software, Inc. | CASE NUMBER: 3:21-CV-6831-TSH |
|---|---|
| DEFENDANT/RESPONDENT: Angelo Papenhoff, a/k/a AAP, an individual, et al. | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☒ **by other means** *(specify means of service and authorizing code section):* By Federal Express pursuant to the Court's September 14, 2021 Order permitting service under Federal Rule of Civil Procedure 4(f)(2). A copy of the Court's September 14, 2021 Order is attached hereto as **Exhibit A** and a copy of the Federal Express delivery confirmation of September 20, 2021, is attached hereto as **Exhibit B**.

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☒ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
        ☐ other:

7. **Person who served papers**
  a. Name: Mark C. Humphrey
  b. Address: 2049 Century Park East, 18th Floor, Los Angeles, CA 90067-3120
  c. Telephone number: (310) 312-2000
  d. **The fee** for service was: $0.00
  e. I am:
    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner   ☐ employee   ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: September 24, 2021

Mark C. Humphrey     ▶ /s/ Mark C. Humphrey
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

| SHORT TITLE: Take Two Interactive Software, Inc. vs. Angelo Papenhoff, a/k/a AAP, an individual, et al. | CASE NUMBER: 3:21-CV-6831-TSH |
|---|---|

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

- Plaintiff Take-Two Interactive Software, Inc.'s Certificate of Interested Parties and Corporate Disclosures
- Report on the Filing or Determination of an Action or Appeal Regarding a Copyright
- Order Setting Initial Case Management Conference and ADR Deadlines
- Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. for Alternative Service on Theo Morra, Adrian Graber and Eray Orcunus
- Declaration of Karin G. Pagnanelli in Support of Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. for Alternative Service on Theo Morra, Adrian Graber and Eray Orcunus
- [Proposed] Order Granting Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. for Alternative Service on Theo Morra, Adrian Graber and Eray Orcunus
- Order Granting as Modified Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. for Alternative Service on Theo Morra, Adrian Graber and Eray Orcunus
- Civil Standing Order for Magistrate Judge Thomas S. Hixson
- Discovery Standing Order for Magistrate Judge Thomas S. Hixson
- Notice of a Lawsuit and Request to Waive Service of a Summons
- Notice of Assignment of Case to a United States Magistrate Judge for Trial
- Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement
- Waiver of the Service of Summons

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

**Page 3**
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Proof of Service of Summons**

www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:21-CV-6831-TSH<br><br>The Honorable Thomas S. Hixson<br><br>**ORDER GRANTING AS MODIFIED ADMINISTRATIVE MOTION OF PLAINTIFF TAKE-TWO INTERACTIVE SOFTWARE, INC. FOR ALTERNATIVE SERVICE ON DEFENDANTS THEO MORRA, ADRIAN GRABER AND ERAY ORÇUNUS**<br><br>[Administrative Motion and Declaration of Karin G. Pagnanelli filed concurrently herewith] |

Mitchell Silberberg & Knupp LLP

13457131.1

CASE NO. 3:21-CV-6831

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS THEO MORRA, ADRIAN GRABER AND ERAY ORÇUNUS

Exhibit A
Page 5

1  The Court has read and considered all papers filed in support of and in opposition to the
2  Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. ("Plaintiff" or "Take-
3  Two") for Alternative Service on Defendants Theo Morra, Adrian Graber and Eray Orçunus.

5  The Motion is **GRANTED**.  Take-Two may serve the summons and complaint on:
6  1.  **Defendants Theo Morra, Adrian Graber, and Eray Orçunus by post**, at the
7  postal addresses specified in their respective DMCA counter notices at issue in this action.
8  2.  **Defendant Eray Orçunus by email**, at the email address specified in his DMCA
9  counter notice at issue in this action.

13  **IT IS SO ORDERED.**

15  DATED: __September 14__, 2021        _____
                                          Honorable Thomas S. Hixson
                                          United States Magistrate Judge

Mitchell Silberberg & Knupp LLP
13457131.1
2   CASE NO. 3:21-CV-6831
**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS THEO MORRA, ADRIAN GRABER AND ERAY ORÇUNUS**

Exhibit A
Page 6

# EXHIBIT B

September 20, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 283726204355

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | R.GRABER | Delivery Location: | CARL-LEVERKUS-STRASSE 17 |
| Service type: | International Priority | | |
| Special Handling: | Deliver Weekday; No Signature Required | | LEVERKUSEN, NW, 51373 |
| | | Delivery date: | Sep 20, 2021 11:09 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 283726204355 | Ship Date: | Sep 15, 2021 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
ADRIAN GRABER, N/A
CARL-LEVERKUS-STRASSE 17
LEVERKUSEN, NW, DE, 51373

Shipper:
M. HUMPHREY, MITCHELL SILBERBERG   KNUPP LLP
2049 CENTURY PARK EAST
18TH FLOOR
LOS ANGELES, CA, US, 90067

Reference    39698-00067-00706



Thank you for choosing FedEx