KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Take Two Interactive Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, <br><br> Defendants. | CASE NO. 3:21-CV-6831-TSH <br><br> [Magistrate Judge Thomas S. Hixson] <br><br> **PROOF OF SERVICE OF SUMMONS ON DEFENDANT ERAY ORÇUNUS** |

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Karin G. Pagnanelli (SBN 174763); Mark C. Humphrey (SBN 291718)<br>Mitchell Silberberg & Knupp LLP<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067-3120<br>TELEPHONE NO.: (310) 312-2000  FAX NO. *(Optional)*: (310) 312-3100<br>E-MAIL ADDRESS *(Optional)*: kgp@msk.com; mxh@msk.com<br>ATTORNEY FOR *(Name)*: Plaintiff, Take Two Interactive Software, Inc. | | **FOR COURT USE ONLY** |
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: Phillip Burton Federal Building & United States Courthouse | | |
| PLAINTIFF/PETITIONER: Take Two Interactive Software, Inc.<br>DEFENDANT/RESPONDENT: Angelo Papenhoff, a/k/a AAP, an individual, et al. | | CASE NUMBER:<br>3:21-CV-6831-TSH |
| **PROOF OF SERVICE OF SUMMONS** | | Ref. No. or File No.: |

**POS-010**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution
   d. ☒ Civil Case Cover Sheet
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: See Attachment 1 for Additional Documents Served

3. a. Party served *(specify name of party as shown on documents served)*: ERAY ORÇUNUS, an individual

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: Kurtulu Mah., A. Menderes Bul. 2027.Sokak N0:1 K, Efeler, AY, TR, 09020 and via email at erorcunerorcun@hotmail.com.tr

5. I served the party (check proper box)
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1

13508478/1  Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Take Two Interactive Software, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Angelo Papenhoff, a/k/a AAP, an individual, et al. | 3:21-CV-6831-TSH |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                           (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☒ **by other means** *(specify means of service and authorizing code section):* Pursuant to the Court's September 14, 2021 Order Eray Orçunus was served by Electronic Mail Service under Federal Rule of Civil Procedure 4(f)(3); and by Federal Express pursuant to Federal Rule of Civil Procedure 4(f)(2). A copy of the Court's September 14, 2021 Order is attached hereto as **Exhibit A;** a copy of the Email, emailed on September 17, 2021, is attached hereto as **Exhibit B**; and, a copy of the Federal Express delivery confirmation of September 21, 2021 is attached hereto as **Exhibit C.**

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:

   | ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
   | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
   | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
   | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
   | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
   | | ☐ other: |

7. **Person who served papers**
   a. Name: Mark C. Humphrey
   b. Address: 2049 Century Park East, 18th Floor, Los Angeles, CA 90067-3120
   c. Telephone number: (310) 312-2000
   d. **The fee** for service was: $0.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner   ☐ employee   ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: September 24, 2021

| Mark C. Humphrey | ▶ /s/ Mark C. Humphrey |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |

POS-010 [Rev. January 1, 2007]       **PROOF OF SERVICE OF SUMMONS**       Page 2

13508478.1

American LegalNet, Inc.
www.Forms*Workflow*.com

| SHORT TITLE: Take Two Interactive Software, Inc. vs. Angelo Papenhoff, a/k/a AAP, an individual, et al. | CASE NUMBER: 3:21-CV-6831-TSH |
|---|---|

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

- Plaintiff Take-Two Interactive Software, Inc.'s Certificate of Interested Parties and Corporate Disclosures
- Report on the Filing or Determination of an Action or Appeal Regarding a Copyright
- Order Setting Initial Case Management Conference and ADR Deadlines
- Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. for Alternative Service on Theo Morra, Adrian Graber and Eray Orcunus
- Declaration of Karin G. Pagnanelli in Support of Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. for Alternative Service on Theo Morra, Adrian Graber and Eray Orcunus
- [Proposed] Order Granting Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. for Alternative Service on Theo Morra, Adrian Graber and Eray Orcunus
- Order Granting as Modified Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. for Alternative Service on Theo Morra, Adrian Graber and Eray Orcunus
- Civil Standing Order for Magistrate Judge Thomas S. Hixson
- Discovery Standing Order for Magistrate Judge Thomas S. Hixson
- Notice of a Lawsuit and Request to Waive Service of a Summons
- Notice of Assignment of Case to a United States Magistrate Judge for Trial
- Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement
- Waiver of the Service of Summons

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

**Page 3**

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Proof of Service of Summons**

*www.courtinfo.ca.gov*
American LegalNet, Inc.
www.Forms*Workflow*.com

# EXHIBIT A

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

| 11 | TAKE-TWO INTERACTIVE SOFTWARE, INC., | CASE NO. 3:21-CV-6831-TSH |
|----|---|---|
| 12 | | The Honorable Thomas S. Hixson |
| 13 | Plaintiff, | **ORDER GRANTING AS MODIFIED ADMINISTRATIVE MOTION OF PLAINTIFF TAKE-TWO INTERACTIVE SOFTWARE, INC. FOR ALTERNATIVE SERVICE ON DEFENDANTS THEO MORRA, ADRIAN GRABER AND ERAY ORÇUNUS** |
| 14 | v. | |
| 15 | ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, | |
| 16 | | |
| 17 | | [Administrative Motion and Declaration of Karin G. Pagnanelli filed concurrently herewith] |
| 18 | Defendants. | |

19
20
21
22
23
24
25
26
27
28

Mitchell Silberberg & Knupp LLP

13457131.1

CASE NO. 3:21-CV-6831

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS THEO MORRA, ADRIAN GRABER AND ERAY ORÇUNUS

Exhibit A
Page 5

1   The Court has read and considered all papers filed in support of and in opposition to the
2   Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. ("Plaintiff" or "Take-
3   Two") for Alternative Service on Defendants Theo Morra, Adrian Graber and Eray Orçunus.

5   The Motion is **GRANTED**. Take-Two may serve the summons and complaint on:
6   1.   **Defendants Theo Morra, Adrian Graber, and Eray Orçunus by post**, at the
7   postal addresses specified in their respective DMCA counter notices at issue in this action.
8   2.   **Defendant Eray Orçunus by email**, at the email address specified in his DMCA
9   counter notice at issue in this action.

13  **IT IS SO ORDERED.**

15  DATED: __September 14__, 2021                    _____
                                                     Honorable Thomas S. Hixson
                                                     United States Magistrate Judge

Mitchell Silberberg & Knupp LLP
13457131.1
2   CASE NO. 3:21-CV-6831
**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS THEO MORRA, ADRIAN GRABER AND ERAY ORÇUNUS**
Exhibit A
Page 6

# EXHIBIT B

**Melara, Suguey**
___

| | |
|---|---|
| **From:** | Humphrey, Mark <mxh@msk.com> |
| **Sent:** | Friday, September 17, 2021 3:39 PM |
| **To:** | 'erorcunerorcun@hotmail.com.tr' |
| **Cc:** | Pagnanelli, Karin; Mayer, Marc |
| **Subject:** | Take-Two Interactive Software, Inc. v. Papenhoff et al., U.S.D.C. Case No. 3:21-cv-06831-TSH |
| **Attachments:** | Initiating and Other Documents.zip; ECF 0001 COMPLAINT.pdf; Summons - Eray Orcunus.pdf |

Mr. Orcunus:

We are counsel for Take-Two Interactive Software, Inc. ("Take-Two"). As you likely are aware, you have been named as a defendant by Take-Two in a lawsuit pending in the United States District Court for the Northern District of California, captioned as *Take-Two Interactive Software, Inc. v. Papenhoff et al.*, U.S.D.C. Case No. 3:21-cv-06831-TSH. Attached to this email are the following:

- Take-Two's Complaint
- Court-issued Summons
- A .zip file containing the following case-initiating documents and other filings:
    - Civil Cover Sheet
    - Plaintiff Take-Two Interactive Software, Inc.'s Certificate of Interested Parties and Corporate Disclosures
    - Report on the Filing or Determination of an Action or Appeal Regarding a Copyright
    - Order Setting Initial Case Management Conference and ADR Deadlines
    - Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. for Alternative Service on Theo Morra, Adrian Graber and Eray Orcunus
    - Declaration of Karin G. Pagnanelli in Support of Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. for Alternative Service on Theo Morra, Adrian Graber and Eray Orcunus
    - [Proposed] Order Granting Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. for Alternative Service on Theo Morra, Adrian Graber and Eray Orcunus
    - Order Granting as Modified Administrative Motion of Plaintiff Take-Two Interactive Software, Inc. for Alternative Service on Theo Morra, Adrian Graber and Eray Orcunus
    - Civil Standing Order for Magistrate Judge Thomas S. Hixson
    - Discovery Standing Order for Magistrate Judge Thomas S. Hixson
    - Notice of a Lawsuit and Request to Waive Service of a Summons
    - Notice of Assignment of Case to a United States Magistrate Judge for Trial
    - Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement
    - Waiver of the Service of Summons

Pursuant to the enclosed order of the court granting Take-Two's Motion for Alternative Service, by this email you are being served with process.

Sincerely,
Mark Humphrey



**Mark Humphrey** | **Attorney-at-Law**

T: 310.312.3265 | mxh@msk.com
**Mitchell Silberberg & Knupp LLP** | www.msk.com
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

# EXHIBIT C

Exhibit C
Page 10



September 22, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 283728259939

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Apartment Office |
| Signed for by: | E.ORCUNUS | Delivery Location: | AYDIN |
| Service type: | International Priority | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | EFELER, AY, 09020 |
| | | Delivery date: | Sep 21, 2021 10:47 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 283728259939 | Ship Date: | Sep 15, 2021 |
| | | Weight: | 1.1 LB/0.50 KG |

Recipient:
ERAY ORCUNUS, N/A
KURTULU MAH.
A. MENDERES BUL. 2027.SOKAK NO:1 K
EFELER, AY, TR, 09020

Shipper:
M. HUMPHREY, MITCHELL SILBERBERG   KNUPP LLP
2049 CENTURY PARK EAST
18TH FLOOR
LOS ANGELES, CA, US, 90067

Reference                39698-00067-00706



Thank you for choosing FedEx

Exhibit C
Page 11