# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANGELO PAPENHOFF a/k/a AAP, *et al.*, <br><br> Defendants. | Case Number: 3:21-cv-068310-TSH <br><br> Magistrate Judge Thomas S. Hixson <br><br> **STIPULATION TO EXTEND TIME TO ANSWER** <br><br> [L.R. 6.1(a)] |

**TO THE DISTRICT COURT:**

  **PLEASE TAKE NOTICE** that, pursuant to Local Rule 6.1(a), Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") and Defendants Adrian Graber ("Graber") and Eray Orçunus ("Orçunus") stipulate that Graber and Orçunus shall have an extension of time until and including **November 8, 2021** to answer the Complaint.

| | |
|---|---|
| Dated: October 8, 2021 | Respectfully submitted, |
| | KARIN G. PAGNANELLI <br> MARC E. MAYER <br> MITCHELL SILBERBERG & KNUPP LLP <br><br> By: /s/ Karin G. Pagnanelli <br> Karin G. Pagnanelli <br> Attorneys for Plaintiff Take-Two Interactive Software, Inc. |
| Dated: October 8, 2021 | Respectfully submitted, |
| | ERIN K. RUSSELL <br> *(pro hac vice motion pending)* <br> THE RUSSELL FIRM <br><br> By: /s/ Erin K. Russell <br> Erin K. Russell <br> Counsel for Defendants Graber and Orçunus |

1

STIPULATION TO EXTEND TIME TO ANSWER

13577314.1

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that all parties have concurred in the filing of the foregoing stipulation.

By: */s/* Erin K. Russell
Erin K. Russell
Counsel for Defendants Graber and Orçunus