AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff* | ) ) ) | Case No. |
| v. | ) |  |
| *Defendant* | ) ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____     *M J O'Brien*
                               _____
                               *Attorney's signature*

                               _____
                               *Printed name and bar number*

                               _____
                               *Address*

                               _____
                               *E-mail address*

                               _____
                               *Telephone number*

                               _____
                               *FAX number*