# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELO PAPENHOFF a/k/a AAP, *et al.*,<br><br>Defendants. | Case Number: 3:21-cv-06831-TSH<br><br>Magistrate Judge Thomas S. Hixson<br><br>**STIPULATION TO EXTEND TIME TO ANSWER**<br><br>**[L.R. 6.1(a)** |

**TO THE DISTRICT COURT:**

  **PLEASE TAKE NOTICE** that, pursuant to Local Rule 6.1(a), Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") and Defendants Adrian Graber ("Graber") and Eray Orçunus ("Orçunus") stipulate that Defendants Papenhoff, Graber, Orçunus, and Morra shall have an extension of time until and including **November 12, 2021** to answer the Complaint.

Dated: October 19, 2021     Respectfully submitted,

                KARIN G. PAGNANELLI
                MARC E. MAYER
                MITCHELL SILBERBERG & KNUPP LLP

                By: /s/ Karin G. Pagnanelli
                Karin G. Pagnanelli
                Attorneys for Plaintiff Take-Two Interactive
                 Software, Inc.

Dated: October 19, 2021     Respectfully submitted,

                ERIN K. RUSSELL
                *(admitted pro hac vice)*
                THE RUSSELL FIRM

                By: /s/ Erin K. Russell
                Erin K. Russell
                Counsel for Defendants  Papenhoff, Graber,
                Orçunus, and Morra

1

13577314.1

_____

## **ATTESTATION OF FILER**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that all parties have concurred in the filing of the foregoing stipulation.

By: _/s/_ Erin K. Russell
Erin K. Russell
Counsel for Defendants Papenhoff, Graber, Orçunus, and Morra

2

STIPULATION TO EXTEND TIME TO ANSWER

13577314.1