Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Take-Two Interactive Software, Inc.

Plaintiff(s),

v.

Angelo Papenhoff, et al.

Defendant(s).

Case No: 3:21-CV-6831

**AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Erin K. Russell, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants Papenhoff, Morra, Orçunus and Graber in the above-entitled action. My local co-counsel in this case is Michael Jason O'Brien, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>833 W. Chicago Avenue, Suite 508<br>Chicago, IL 60642 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>417 Mace Blvd, Suite J-119<br>Davis, CA 95776 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>312-994-2424 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>916-760-8265 |
| MY EMAIL ADDRESS OF RECORD:<br>erin@russellfirmip.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mobrien@obrienpatents.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6287255.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                             /s/ Erin K. Russell
                                                         APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE