KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Take-Two Interactive Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, <br><br> Defendants. | CASE NO. 3:21-CV-6831-TSH <br><br> The Honorable Thomas S. Hixson <br><br> **JOINT STIPULATED REQUEST FOR AN ORDER CHANGING DATE** <br><br> [Declaration of Karin Pagnanelli and [Proposed] Order filed concurrently herewith] |

CASE NO. 3:21-CV-6831
**JOINT STIPULATED REQUEST FOR AN ORDER CHANGING TIME**

## I.   STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Take-Two Interactive Software, Inc. ("Take-Two" or "Plaintiff") and Defendants Angelo Papenhoff, Theo Morra, Eray Orçunus, and Adrian Graber (collectively, the "Parties") hereby stipulate for leave to change the date of the Rule 16 scheduling conference.

The Complaint in this action was filed on September 2, 2021.  ECF 1.  Defendants filed an Answer on November 12, 2021.  ECF 24.  The Rule 16 scheduling conference is currently scheduled for December 2, 2021, and the Joint Rule 26 Report is due on November 25, 2021, which is Thanksgiving day.  ECF 7.

Because counsel for the Parties plan to be out of the office during the holidays (and one counsel will be on paternity leave), the Parties seek a brief continuance of the Rule 16 scheduling conference by a little more than a month, until January 23, 2022.  *See* Declaration of Karin Pagnanelli.  This extension will move the due date for the Joint Rule 26 report to January 16, 2022, after the holidays.

The Parties agree than none of them will be prejudiced by this continuance.  This is the first request for an extension, and the Court has not yet set a schedule or any deadlines. *Id.* at ¶6.

## II.   CONCLUSION

Therefore, the Parties respectfully request that the Rule 16 scheduling conference be continued from December 2, 2021 to January 23, 2022, and that the Rule 26 Joint Report be due no later than January 13, 2022.

DATED: November 18, 2021        Respectfully Submitted,

KARIN G. PAGNANELLI
MITCHELL SILBERBERG & KNUPP LLP


By: */s/ Karin G. Pagnanelli*
    Karin G. Pagnanelli
    Attorneys for Plaintiff
    Take-Two Interactive Software, Inc.

| | |
|---|---|
| DATED: November 18, 2021 | ERIN K. RUSSELL<br>THE RUSSELL FIRM<br><br>By: */s/ Erin K. Russell*<br>    Erin K. Russell<br>    Attorneys for Defendants<br>    Angelo Papenhoff, Theo Morra, Eray Orçunus,<br>    Adrian Graber |

Mitchell Silberberg & Knupp LLP
13751337.1

**<u>Attestation Regarding Signatures-Local Rule 5-1(i)(3)</u>**

I, Karin G. Pagnanelli, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 18, 2021

<u>*/s/ Karin G. Pagnanelli*</u>
Karin G. Pagnanelli