KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Take-Two Interactive Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:21-CV-6831<br><br>The Honorable Thomas S. Hixson<br><br>**DECLARATION OF KARIN G. PAGNANELLI IN SUPPORT OF JOINT STIPULATED REQUEST FOR AN ORDER CHANGING DATE**<br><br>[Joint Stipulated Request and [Proposed] Order filed concurrently herewith] |

CASE NO. 3:21-CV-6831

**DECLARATION OF KARIN G. PAGNANELLI**

Mitchell Silberberg & Knupp LLP

13751669.1

I, Karin G. Pagnanelli, declare as follows:

1. I am an attorney-at-law, duly licensed to practice law in the State of California. I am, through my Professional Corporation, a partner with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), counsel of record for Plaintiff Take-Two Interactive Software, Inc. ("Take-Two" or "Plaintiff") in this action. I make this declaration in support of the Parties' Joint Stipulated Request for an Order Changing Date. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. The Joint Rule 26 report is due on November 25, 2021 – Thanksgiving day. ECF 7. The initial scheduling conference is scheduled for December 2, 2021. *Id.*

3. Because it is allowed under the COVID protocols this year, counsel for the Take-Two intends to take time off of work during the Thanksgiving, Christmas and Hanukah holidays. Additionally, one of the counsel for Take-Two, Mark Humphrey will be unavailable for much of December and early January because he is expecting his first child.

4. Counsel for Defendants also intends to take time off for the holidays.

5. Counsel proposes rescheduling the initial scheduling conference to January 20, 2022, which would set January 13, 2022 as the last day to file the Rule 26 report.

6. The Court has not set any deadlines in this case, other than setting the date for the initial status conference.

7. The Parties agree that none of them will be prejudiced.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of November, 2021, at Huntington Beach, California.

*/s/ Karin G. Pagnanelli*
Karin G. Pagnanelli

2   CASE NO. 3:21-CV-6831
**DECLARATION OF KARIN G. PAGNANELLI**

Mitchell Silberberg & Knupp LLP
13751669.1