1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:21-CV-6831-TSH<br><br>The Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST FOR AN ORDER CHANGING DATE**<br><br>[Joint Stipulated Request and Declaration of Karin G. Pagnanelli filed concurrently herewith**]** |
|---|---|

After full consideration of Parties' Joint Stipulated Request for an Order Changing Date ("Stipulation") the Court hereby orders as follows:

The Stipulation is **GRANTED**:

1. The Rule 16 scheduling conference is continued from December 2, 2021 to January 20, 2022, at 10:00 am.

2. The Rule 26 Joint Report shall be filed no later than January 13, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2021

Honorable Thomas S. Hixson
United States Magistrate Judge