KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Take-Two Interactive Software, Inc.

FILED

Nov 29 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br>             Plaintiff, <br><br>      v. <br><br> ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, <br><br>             Defendants. | CASE NO. 3:21-CV-6831-TSH <br><br> The Honorable Thomas S. Hixson <br><br> **JOINT STIPULATED REQUEST FOR AN ORDER CHANGING DATE** <br><br> [Declaration of Karin Pagnanelli and [Proposed] Order filed concurrently herewith] |
|---|---|

## I. STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Take-Two Interactive Software, Inc. ("Take-Two" or "Plaintiff") and Defendants Angelo Papenhoff, Theo Morra, Eray Orçunus, and Adrian Graber (collectively, the "Parties") hereby stipulate for leave to change the date of the Rule 16 scheduling conference.

The Complaint in this action was filed on September 2, 2021.  ECF 1.  Defendants filed an Answer on November 12, 2021.  ECF 24.  The Rule 16 scheduling conference is currently scheduled for December 2, 2021, and the Joint Rule 26 Report is due on November 25, 2021, which is Thanksgiving day.  ECF 7.

Because counsel for the Parties plan to be out of the office during the holidays (and one counsel will be on paternity leave), the Parties seek a brief continuance of the Rule 16 scheduling conference by a little more than a month, until January 23, 2022.  *See* Declaration of Karin Pagnanelli.  This extension will move the due date for the Joint Rule 26 report to January 16, 2022, after the holidays.

The Parties agree than none of them will be prejudiced by this continuance.  This is the first request for an extension, and the Court has not yet set a schedule or any deadlines. *Id.* at ¶6.

## II. CONCLUSION

Therefore, the Parties respectfully request that the Rule 16 scheduling conference be continued from December 2, 2021 to January 23, 2022, and that the Rule 26 Joint Report be due no later than January 13, 2022.

DATED: November 18, 2021                    Respectfully Submitted,

KARIN G. PAGNANELLI
MITCHELL SILBERBERG & KNUPP LLP


By: */s/ Karin G. Pagnanelli*
    Karin G. Pagnanelli
    Attorneys for Plaintiff
    Take-Two Interactive Software, Inc.

| | | |
|---|---|---|
| 1 | DATED: November 18, 2021 | ERIN K. RUSSELL |
| 2 | | THE RUSSELL FIRM |
| 3 | | |
| 4 | | By: /s/ Erin K. Russell |
| | | Erin K. Russell |
| 5 | | Attorneys for Defendants |
| | | Angelo Papenhoff, Theo Morra, Eray Orçunus, |
| 6 | | Adrian Graber |

1 **Attestation Regarding Signatures-Local Rule 5-1(i)(3)**

2   I, Karin G. Pagnanelli, attest that all signatories listed, and on whose behalf the filing is

3 submitted, concur in the filing's content and have authorized the filing.

4

5   DATED:  November 18, 2021         */s/ Karin G. Pagnanelli*
                                            Karin G. Pagnanelli

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell Silberberg & Knupp LLP

13751337.1

| | |
|---|---|
| 1 | KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com |
| | MARC E. MAYER (SBN 190969), mem@msk.com |
| 2 | MARK C. HUMPHREY (SBN 291718); mxh@msk.com |
| | MITCHELL SILBERBERG & KNUPP LLP |
| 3 | 2049 Century Park East, 18th Floor |
| | Los Angeles, CA  90067-3120 |
| 4 | Telephone: (310) 312-2000 |
| | Facsimile: (310) 312-3100 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Take-Two Interactive Software, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | CASE NO. 3:21-CV-6831 |
| Plaintiff, | The Honorable Thomas S. Hixson |
| v. | **DECLARATION OF KARIN G. PAGNANELLI IN SUPPORT OF JOINT STIPULATED REQUEST FOR AN ORDER CHANGING DATE** |
| ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, | [Joint Stipulated Request and [Proposed] Order filed concurrently herewith] |
| Defendants. | |

I, Karin G. Pagnanelli, declare as follows:

1. I am an attorney-at-law, duly licensed to practice law in the State of California. I am, through my Professional Corporation, a partner with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), counsel of record for Plaintiff Take-Two Interactive Software, Inc. ("Take-Two" or "Plaintiff") in this action. I make this declaration in support of the Parties' Joint Stipulated Request for an Order Changing Date. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. The Joint Rule 26 report is due on November 25, 2021 – Thanksgiving day. ECF 7. The initial scheduling conference is scheduled for December 2, 2021. *Id.*

3. Because it is allowed under the COVID protocols this year, counsel for the Take-Two intends to take time off of work during the Thanksgiving, Christmas and Hanukah holidays. Additionally, one of the counsel for Take-Two, Mark Humphrey will be unavailable for much of December and early January because he is expecting his first child.

4. Counsel for Defendants also intends to take time off for the holidays.

5. Counsel proposes rescheduling the initial scheduling conference to January 20, 2022, which would set January 13, 2022 as the last day to file the Rule 26 report.

6. The Court has not set any deadlines in this case, other than setting the date for the initial status conference.

7. The Parties agree that none of them will be prejudiced.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of November, 2021, at Huntington Beach, California.

/s/ Karin G. Pagnanelli
Karin G. Pagnanelli

```
FILED
Nov 29 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, <br><br> Defendants. | CASE NO. 3:21-CV-6831-TSH <br><br> The Honorable Thomas S. Hixson <br><br> [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATED REQUEST FOR AN ORDER CHANGING DATE** <br><br> [Joint Stipulated Request and Declaration of Karin G. Pagnanelli filed concurrently herewith] |

1   After full consideration of Parties' Joint Stipulated Request for an Order Changing Date
2   ("Stipulation") the Court hereby orders as follows:
3   The Stipulation is **GRANTED**:
4   1.   The Rule 16 scheduling conference is continued from December 2, 2021 to January
5   20, 2022, at 10:00 am.
6   2.   The Rule 26 Joint Report shall be filed no later than January 13, 2022.

8   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10  DATED:  November 29   , 2021

Honorable Thomas S. Hixson
United States Magistrate Judge