KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Take Two Interactive Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, <br><br> Defendants. | CASE NO. 3:21-CV-6831-TSH <br><br> Magistrate Judge Thomas S. Hixson <br><br> **JOINT RULE 26(f) REPORT** |

Mitchell
Silberberg &
Knupp LLP

13879092.1

CASE NO. 3:21-cv-6831

**JOINT RULE 26(f) REPORT**

1   Pursuant to Fed. R. Civ. P. 26(f) and Local Rule16-9, Plaintiff Take Two Interactive

2   Software, Inc. ("Plaintiff"), and Defendants Angelo Papenhoff, Theo Morra, Eray Orçunus,

3   Adrian Graber (collectively, "Defendants"), through their respective counsel, jointly submit this

4   Rule 26(f) Report following the conference of counsel required by Rule 26(f) of the Federal Rules

5   of Civil Procedure and Northern District Local Rule 16-9.

6

7   **I.      JURISDICTION AND SERVICE**

8   Defendants Angelo Papenhoff, Theo Morra, Eray Orçunus, Adrian Graber have been

9   served.  Defendants Theo Morra, Eray Orçunus, and Adrian Graber have consented to personal

10  jurisdiction and venue in this Court.  DMCA 17, U.S.C. § 512.  The Court has subject matter

11  jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

12

13  **II.     FACTS**

14  Plaintiff owns the copyrights to the video games Grand Theft Auto III and Grand Theft

15  Auto: Vice City (collectively the "Games").  Defendants are among the organizers of projects

16  known as "re3" and "reVC," mods of Plaintiff's Games.  Plaintiff alleges Defendants' mods

17  contain Take-Two's original digital content such as text, character dialog, and certain game assets

18  which infringes Plaintiff's copyrights and/or create an unauthorized derivative work.  Defendants

19  deny these allegations.

20

21  **III.    LEGAL ISSUES**

22  Whether Defendants have infringed Plaintiff's copyrights.

23

24  **IV.     MOTIONS**

25  There are no pending motions.  The Parties anticipate filing motions for summary

26  judgment.

27

28

Mitchell
Silberberg &
Knupp LLP

13879092.1

2                                    CASE NO. 3:21-cv-6831
**JOINT RULE 26(f) REPORT**

**V.   AMENDMENT OF PLEADINGS**

The Parties are unsure if the Complaint will be amended, but will endeavor to amend the Complaint, if necessary, promptly.

**VI.   EVIDENCE PRESERVATION**

The parties have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action. *See ESI Guidelines 2.01 and 2.02, and Checklist for ESI Meet and Confer.*

**VII.   DISCLOSURES**

The Parties have agreed to exchange Rule 26 Initial Disclosures on February 28, 2022.

**VIII.   DISCOVERY**

The Parties have not undertaken discovery and do not propose limitations or modifications of the discovery rules.  The Parties will enter into a stipulated e-discovery order and a stipulated protective order.  The Parties anticipate written discovery focused on electronic information and code.  The Parties do not anticipate needing more depositions that allowed under Fed. R. Civ. P. 30(a)(2)(A)(i).

**IX.   CLASS ACTIONS**

This case is not a class action.

**X.   RELATED CASES**

There are no related cases.

**XI.   RELIEF**

The relief sought is set forth in the Complaint.

Mitchell
Silberg &
Knupp LLP

13879092.1

3                                            CASE NO. 3:21-cv-6831
**JOINT RULE 26(f) REPORT**

1  **XII.   SETTLEMENT AND ADR**

2         The Parties have agreed to ADR L.R. 3-4 (2).

3

4  **XIII.   CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

5         The Parties have consented to Judge Hixson for all purposes.

6

7  **XIV.   OTHER REFERENCES**

8         The case is not suitable for reference to binding arbitration, a special master, or the Judicial

9  Panel on Multidistrict Litigation.

10

11  **XV.   NARROWING OF ISSUES**

12         The Parties do not seek bifurcation or other narrowing of the issues.

13

14  **XVI.   EXPEDITED TRIAL PROCEDURE**

15         The Parties do not believe this is the type of case that can be handled under the Expedited

16  Trial Procedure of General Order No. 64.

17

18  **XVII.  SCHEDULING**

19  Proposed dates:

20         Initial Disclosures:     February 28, 2022

21         Discovery Cutoff:      September 26, 2022

22         Expert Disclosures:    October 31, 2022

23         Rebuttal Expert Disclosures:  December 16, 2022

24         Expert Cutoff:          February 3, 2023

25         Hearing of Dispositive Motions:      April 20, 2023

26         Pretrial Conference:   June 22, 2023

27         Trial:   July 28, 2023

28

Mitchell
Silberberg &
Knupp LLP

13879092.1

4                          CASE NO. 3:21-cv-6831
**JOINT RULE 26(f) REPORT**

**XVIII. TRIAL**

The Parties estimate the jury trial will take 4 days.

**XIX.   DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

None of the Parties have any Civil Local Rule 3-15 disclosures, other than themselves.

**XX.    PROFESSIONAL CONDUCT**

The attorneys of record for the Parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

DATED: January 13, 2022             RESPECTFULLY SUBMITTED,

KARIN G. PAGNANELLI
MARC E. MAYER
MITCHELL SILBERBERG & KNUPP LLP


By: /s/ *Karin G. Pagnanelli*
        Karin G. Pagnanelli
        Marc E. Mayer
        Attorneys for Plaintiff
        Take-Two Interactive Software, Inc.


DATED: January 13, 2022             ERIN RUSSELL


By: /s/ *Erin Russell*
        Erin Russell
        Attorneys for Defendants Angelo Papenhoff,
        Theo Morra, Eray Orçunus, Adrian Graber

Mitchell
Silberberg &
Knupp LLP

13879092.1

5                                            CASE NO. 3:21-cv-6831

**JOINT RULE 26(f) REPORT**

1

**Attestation Regarding Signatures-Local Rule 5-1(h)(3)**

2        I, Karin G. Pagnanelli, attest that all signatories listed, and on whose behalf the filing is

3    submitted, concur in the filing's content and have authorized the filing.

4

   DATED:  January 13, 2022

5                                          */s/ Karin G. Pagnanelli*
                                        Karin G. Pagnanelli

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

13879092.1

6                                                CASE NO. 3:21-cv-6831

**JOINT RULE 26(f) REPORT**