UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Take-Two Interactive Software, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>Angelo Papenhoff, et al.,<br><br>    Defendants | Case No.  21-cv-06831-TSH<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Jeffrey Knowles
> Coblentz, Patch, Duffy & Bass
> One Montgomery St.
> San Francisco, CA 94104
> 415-772-5795
> jknowles@coblentzlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
21-cv-06831-TSH

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: February 22, 2022

          MARK B. BUSBY
          Clerk of Court
          by:  Alice M. Fiel

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
21-cv-06831-TSH           2