# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Take-Two Interactive Software, Inc.<br><br>    Plaintiff,<br><br>  v.<br><br>Angelo Papenhoff, et al.,<br><br>    Defendants. | Case No. 21-cv-06831-TSH<br><br>**NOTICE VACATING APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

  The appointment of Jeffrey Knowles to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: March 3, 2022

MARK B. BUSBY
Clerk of Court
by:  Alice M. Fiel

Alice M. Fiel, ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov