UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Take-Two Interactive Software, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Angelo Papenhoff, et al.,<br><br>Defendants | Case No. 21-cv-06831-TSH<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Keith Slenkovich
> WilmerHale
> 144 Don Lorenzo Ct.
> Aptos, CA 95003
> 408-316-7488
> keith.slenkovich@gmail.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
21-cv-06831-TSH

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: March 4, 2022

        MARK B. BUSBY
        Clerk of Court
        by:  Alice M. Fiel

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
21-cv-06831-TSH        2