1  ERIN K. RUSSELL (*ADMITTED PRO HAC VICE*)
   THE RUSSELL FIRM
2  833 W. Chicago Avenue, Suite 508
   Chicago, IL 60642
3  Telephone: (312) 312-994-2424
   Facsimile: (312) 706-9766
4
   Attorneys for Defendants
5  Angelo Papenhoff, Theo Morra, Eray Orçunus, and
   Adrian Graber

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, <br><br> Defendants. | CASE NO. 3:21-CV-6831-TSH <br><br> The Honorable Thomas S. Hixson <br><br> **JOINT STIPULATED REQUEST FOR AN ORDER CHANGING DATE** <br><br> [[Proposed] Order filed concurrently herewith**]** |

CASE NO. 3:21-CV-6831

**JOINT STIPULATED REQUEST FOR AN ORDER CHANGING DATE**

## I. STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Take-Two Interactive Software, Inc. ("Take-Two" or "Plaintiff") and Defendants Angelo Papenhoff, Theo Morra, Eray Orçunus, and Adrian Graber (collectively, the "Parties") hereby stipulate for leave to change the mediation deadline currently set for April 14, 2022.

On Wednesday, March 2, 2022, the parties received notice that Jeffrey G. Knowles had been appointed as the mediator in this matter. However, Mr. Knowles informed the parties that he had prior business with the firm representing Plaintiff in this matter, and as such, Defendants requested that a new mediator be appointed. On March 3, 2022, the appointment of Mr. Knowles was vacated by the Court's ADR Unit. [ECF No. 33] On March 4, 2022, Keith Slenkovich was appointed as the new mediator on this matter. [ECF No. 34]

The Parties will have their first videoconference with Mr. Slenkovich on March 15, 2022. This date, proposed by Mr. Slenkovich, is acceptable to all parties. The current ADR deadline of April 14, 2022, does not permit sufficient time for the parties to brief and participate in a mediation with Mr. Slenkovich. Based on the representations made by Mr. Slenkovich about his schedule, and the schedules of the counsel for the parties, the Parties have agreed to a one-month extension of the ADR deadline, extending it through May 14, 2022.

The Parties agree than none of them will be prejudiced by this continuance. This is the first request for an extension of the ADR deadline.

## II. CONCLUSION

Therefore, the Parties respectfully request that the ADR deadline in this matter be extended through May 14, 2022.

| | | |
|---|---|---|
| 1 | DATED: March 8, 2022 | ERIN K. RUSSELL |
| 2 | | THE RUSSELL FIRM |

By: */s/ Erin K. Russell*
    Erin K. Russell
    Attorney for Defendants Angelo Papenhoff,
    Theo Morra, Eray Orçunus, Adrian Graber

KARIN G. PAGNANELLI
MARC E. MAYER
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Karin G. Paganelli*
    Karin G. Pagnanelli
    Marc E. Mayer
    Attorneys for Plaintiff
    Take-Two Interactive Software, Inc.

**<u>Attestation Regarding Signatures-Local Rule 5-1(i)(3)</u>**

I, Erin K. Russell, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 8, 2022

/s/ Erin K. Russell
Erin K. Russell