FILED

Mar 09 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, <br><br> Defendants. | CASE NO. 3:21-CV-6831-TSH <br><br> The Honorable Thomas S. Hixson <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST FOR AN ORDER CHANGING DATE <br><br> [Joint Stipulated Request filed concurrently herewith] |
|---|---|

1  After full consideration of Parties' Joint Stipulated Request for an Order Changing Date
2  ("Stipulation") the Court hereby orders as follows:
3  The Stipulation is **GRANTED**:
4  1.   The ADR deadline is extended through May 14, 2022.

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8  DATED:   March 9,   , 2021

   _____
   Honorable Thomas S. Hixson
   United States Magistrate Judge