ERIN K. RUSSELL (admitted pro hac vice)
THE RUSSELL FIRM
833 W. CHICAGO AVENUE, SUITE 508
CHICAGO, IL 60642
(312) 994-2424
erin@russellfirmip.com

JONATHAN LA PHILLIPS (admitted pro hac vice)
PHILLIPS & BATHKE, P.C.
4541 North Prospect Road
Peoria Heights, IL 61616
Telephone: (309) 598-2028
jlap@pb-iplaw.com

Attorneys for Defendants Angelo Papenhoff,
Theo Morra, Eray Orçunus, and Adrian Graber

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:21-CV-6831-TSH<br><br>The Honorable Thomas S. Hixson<br><br>**JOINT STIPULATED REQUEST FOR AN ORDER EXTENDING THE TIME FOR DEFENDANTS TO DISCLOSE THEIR REBUTTAL EXPERT WITNESSES.**<br><br>[[Proposed] Order filed concurrently herewith] |

**I.   STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Take-Two Interactive Software, Inc. ("Take-Two" or "Plaintiff") and Defendants Angelo Papenhoff, Theo Morra, Eray Orçunus, and Adrian Graber (collectively, the "Parties") hereby stipulate to allow Defendants additional time to disclose their rebuttal expert witnesses.

Plaintiff served its expert report on November 17, 2022.  Defendants' deadline to disclose their rebuttal expert witnesses is December 15, 2022.  Because of the holidays, Defendants have requested, and Plaintiffs have agreed to allow additional time for Defendants to disclose their rebuttal expert witnesses.  At this time, the Parties have agreed to an extension through January 2, 2023.

The Parties agree than none of them will be prejudiced by this extension.  This is the first request for an extension of the expert witness deadlines. None of the other dates should be affected by this extension.  Defendants reserve the right to request additional time, if necessary.

## II.     CONCLUSION

Therefore, the Parties respectfully request that Defendants' deadline to disclose their rebuttal expert witnesses in this matter be extended through January 2, 2023.

DATED: December 15, 2022

Respectfully Submitted,

KARIN G. PAGNANELLI
MARC E. MAYER
MITCHELL SILBERBERG & KNUPP LLP


By: */s/ Karin G. Pagnanelli*
Karin G. Pagnanelli
Marc E. Mayer
Attorneys for Plaintiff
Take-Two Interactive Software, Inc.

DATED: December 15, 2022

ERIN K. RUSSELL
THE RUSSELL FIRM


By:*/s/ Erin K. Russell*
Erin K. Russell
Attorneys for Defendants
Angelo Papenhoff, Theo Morra, Eray Orçunus, Adrian Graber

**Attestation Regarding Signatures-Local Rule 5-1(i)(3)**

I, Erin K. Russell, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  December 15, 2022                    /s/ Erin K. Russell