| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 3:21-CV-6831-TSH<br><br>The Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST FOR AN ORDER CHANGING DATE**<br><br>[Joint Stipulated Request filed concurrently herewith**]** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

After full consideration of Parties' Joint Stipulated Request for an Order Changing Date ("Stipulation") the Court hereby orders as follows:

The Stipulation is **GRANTED**:

1. The deadline for Defendants to disclose their rebuttal expert witnesses is extended through January 2, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2022

_____
Honorable Thomas S. Hixson
United States Magistrate Judge