1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11 | TAKE-TWO INTERACTIVE SOFTWARE, INC., | CASE NO. 3:21-CV-6831-TSH

12 |    Plaintiff, | The Honorable Thomas S. Hixson

13 |    v. | **[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATED REQUEST FOR AN ORDER CHANGING DATE**

14 | ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, | [Joint Stipulated Request filed concurrently herewith**]**

18 |    Defendants. |

CASE NO. 3:21-CV-6831
**[PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST FOR AN ORDER CHANGING DATE**

1  After full consideration of Parties' Joint Stipulated Request for an Order Changing Date ("Stipulation") the Court hereby orders as follows:

The Stipulation is **GRANTED**:

1. The deadline for Defendants to disclose their rebuttal expert witnesses is extended through January 16, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2023

_____
Honorable Thomas S. Hixson
United States Magistrate Judge