```
FILED

Jan 07 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, <br><br> Defendants. | CASE NO. 3:21-CV-6831-TSH <br><br> The Honorable Thomas S. Hixson <br><br> **[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATED REQUEST FOR AN ORDER CHANGING DATE** <br><br> [Joint Stipulated Request filed concurrently herewith] |

After full consideration of Parties' Joint Stipulated Request for an Order Changing Date ("Stipulation") the Court hereby orders as follows:

The Stipulation is **GRANTED**:

1. The deadline for Defendants to disclose their rebuttal expert witnesses is extended through January 16, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __January 7__, 2023

Honorable Thomas S. Hixson
United States Magistrate Judge