KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Take Two Interactive Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:21-CV-6831-TSH<br><br>[Magistrate Judge Thomas S. Hixson]<br><br>**JOINT STIPULATION FOR THIRTY DAY EXTENSION OF THE DISPOSITIVE MOTION DATE** |

CASE NO. 3:21-cv-6831-TSH
**JOINT STIPULATION FOR THIRTY DAY EXTENSION OF THE DISPOSITIVE MOTION DATE**

Plaintiff, Take Two Interactive Software, Inc., and Defendants Angelo Papenhoff, Theo Morra, Eray Orçunus, and Adrian Graber ("Represented Defendants," and together with Plaintiff, the "Parties"), have settled in principle. The Parties are finalizing the settlement. Pursuant to this Court's scheduling order, dispositive motions are due no later than February 9, 2023 (ECF 31). Accordingly, the Parties request an approximate thirty (30) day extension of the dispositive motion date deadline. The Parties expect to file a stipulation of dismissal of the Represented Defendants within the next thirty (30) days.

DATED: February 6, 2023                      RESPECTFULLY SUBMITTED,

                                                          KARIN G. PAGNANELLI
                                                          MARC E. MAYER
                                                          MARK C. HUMPHREY
                                                          MITCHELL SILBERBERG & KNUPP LLP

                                                          By: */s/ Karin G. Pagnanelli*
                                                              Karin G. Pagnanelli
                                                             Marc E. Mayer
                                                             Mark C. Humphrey
                                                             Attorneys for Plaintiff
                                                             Take-Two Interactive Software, Inc.

DATED: February 6, 2023                      ERIN K. RUSSELL
                                                          THE RUSSELL FIRM

                                                          By: */s/ Erin K. Russell*
                                                             Erin K. Russell
                                                            Attorneys for Defendants
                                                            Angelo Papenhoff, Theo Morra, Eray Orçunus,
                                                             Adrian Graber

### Attestation Regarding Signatures-Local Rule 5-1(i)(3)

I, Karin G. Pagnanelli, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 6, 2023                      */s/ Karin G. Pagnanelli*
                                                             Karin G. Pagnanelli