KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Take Two Interactive Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:21-CV-6831-TSH<br><br>[Magistrate Judge Thomas S. Hixson]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR THIRTY DAY EXTENSION OF THE DISPOSITIVE MOTION DATE** |

Mitchell Silberberg & Knupp LLP
15143242.1

CASE NO. 3:21-cv-6831-TSH
**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR THIRTY DAY EXTENSION OF THE DISPOSITIVE MOTION DATE**

After full consideration of Parties' Joint Stipulation for a Thirty Day Extension of the Dispositive Motion Date ("Stipulation"), the Court hereby orders as follows:

The Stipulation is **GRANTED**:

1. The deadline to file Dispositive Motions is extended for approximately thirty (30) days from February 9, 2023 to March 19, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _February _, 2023

Honorable Thomas S. Hixson
United States Magistrate Judge