KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Take Two Interactive Software, Inc.

**FILED**

Feb 06 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, <br><br> Defendants. | CASE NO. 3:21-CV-6831-TSH <br><br> [Magistrate Judge Thomas S. Hixson] <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR THIRTY DAY EXTENSION OF THE DISPOSITIVE MOTION DATE |

Mitchell Silberberg & Knupp LLP

15143242.1

CASE NO. 3:21-cv-6831-TSH
[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR THIRTY DAY EXTENSION OF THE DISPOSITIVE MOTION DATE

1   After full consideration of Parties' Joint Stipulation for a Thirty Day Extension of the
2   Dispositive Motion Date ("Stipulation"), the Court hereby orders as follows:
3   The Stipulation is **GRANTED**:
4   1.   The deadline to file Dispositive Motions is extended for approximately thirty (30)
5   days from February 9, 2023 to March 19, 2023.

7   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _February 6, 2023

Honorable Thomas S. Hixson
United States Magistrate Judge