UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGELO PAPENHOFF, et al., <br><br> Defendants. | Case No. 21-cv-06831-TSH <br><br> **STATUS ORDER** |

On February 6, 2023, the parties informed the Court that they have settled in principle and requested a 30-day extension of the dispositive motion deadline. ECF No. 44. The Court granted the parties' stipulation and extended the deadline to March 19, 2023. ECF No. 45. As that deadline has passed and there has been no further docket activity, the Court **ORDERS** the parties to file a status report by April 3, 2023.

**IT IS SO ORDERED.**

Dated: March 21, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge