KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Take Two Interactive Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:21-CV-6831-TSH<br><br>[Magistrate Judge Thomas S. Hixson]<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) OF DEFENDANTS ANGELO PAPENHOFF, THEO MORRA, ERAY ORÇUNUS, AND ADRIAN GRABER** |

Mitchell Silberberg & Knupp LLP

15134827.1

CASE NO. 3:21-cv-6831-TSH

**JOINT STIPULATION OF DISMISSAL**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between the undersigned counsel for the Plaintiff, Take Two Interactive Software, Inc., and counsel for Defendants Angelo Papenhoff, Theo Morra, Eray Orçunus, and Adrian Graber ("Named Defendants"), that all claims asserted in the above-referenced action against the Named Defendants are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees. The remaining Defendants are not dismissed by this Stipulation.

DATED: April 3, 2023                    RESPECTFULLY SUBMITTED,

                                        KARIN G. PAGNANELLI
                                        MARC E. MAYER
                                        MARK C. HUMPHREY
                                        MITCHELL SILBERBERG & KNUPP LLP


                                        By: /s/ Karin G. Pagnanelli
                                            Karin G. Pagnanelli
                                            Marc E. Mayer
                                            Mark C. Humphrey
                                            Attorneys for Plaintiff
                                            Take-Two Interactive Software, Inc.

DATED: April 3, 2023                    ERIN K. RUSSELL
                                        THE RUSSELL FIRM


                                        By: /s/ Erin K. Russell
                                            Erin K. Russell
                                            Attorneys for Defendants
                                            Angelo Papenhoff, Theo Morra, Eray Orçunus,
                                            Adrian Graber


**Attestation Regarding Signatures-Local Rule 5-1(h)(3)**

I, Karin G. Pagnanelli, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 3, 2023                    /s/ Karin G. Pagnanelli
                                        Karin G. Pagnanelli