UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ANGELO PAPENHOFF, et al., <br><br>　　　　Defendants. | Case No. 21-cv-06831-TSH <br><br>**ORDER RE: STIPULATION OF DISMISSAL** <br><br>Re: Dkt. No. 47 |

　　　　Plaintiff Take Two Interactive Software, Inc. brings this case against Defendants Angelo Papenhoff; Theo Morra; Eray Orçunus; Adrian Graber; Doe 1 a/k/a "Ash R." and "Ash_735," and Does 2 through 10. On April 3 Take Two and Defendants Papenhoff, Morra, Orçunus, and Graber filed a Stipulation of Dismissal, stating "that all claims asserted in the above-referenced action against the Named Defendants are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees. The remaining Defendants are not dismissed by this Stipulation." ECF No. 47. As it is unclear if Take Two intends to prosecute this action as to Doe 1 a/k/a "Ash R." and "Ash_735" and Does 2 through 10, the Court **ORDERS** it to file by April 10, 2023 either a notice of voluntary dismissal (with or without prejudice) as to these defendants or a statement that it intends to proceed with this action as to the defendants that did not sign the stipulation.

　　　　**IT IS SO ORDERED.**

Dated: April 3, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge