AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Northern District of California<br>Phillip Burton Federal Building & United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | |
|---|---|---|
| DOCKET NO.<br>3:21-cv-6831 _TSH | DATE FILED<br>September 2, 2021 | |
| PLAINTIFF<br>TAKE-TWO INTERACTIVE SOFTWARE, INC. | DEFENDANT<br>ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  PA 1-151-010 | Grand theft auto III | Take-Two Interactive Software, Inc. |
| 2  PA 1-151-011 | Grand theft auto Vice City | Take-Two Interactive Software, Inc. |
| 3  PA 1-347-154 | Grand theft auto : Liberty City stories : GTA--Liberty City stories | Take-Two Interactive Software, Inc. |
| 4  PA 1-355-501 | Grand Theft Auto Vice City Stories : (for PSP) | Take-Two Interactive Software, Inc. |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED<br>04/04/23 |
|---|---|---|
| CLERK<br>Mark B. Busby | (BY) DEPUTY CLERK<br>Cynthia J. Lenahan | DATE<br>04/05/23 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy


American LegalNet, Inc.
www.FormsWorkFlow.com