KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Take Two Interactive Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGELO PAPENHOFF, a/k/a AAP, an individual; THEO MORRA, an individual; ERAY ORÇUNUS, an individual; ADRIAN GRABER, an individual; DOE 1 a/k/a ASH R. and ASH_735, an individual; and DOES 2 through 10, inclusive, <br><br> Defendants. | CASE NO. 3:21-CV-6831-TSH <br><br> [Magistrate Judge Thomas S. Hixson] <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS DOE 1, A/K/A ASH R. AND ASH_735, AND DOES 2 THROUGH 10 WITHOUT PREJUDICE** <br><br> **[FRCP 41(a)(1)(A)(i)]** |

Mitchell Silberberg & Knupp LLP

15134876.1

CASE NO. 3:21-cv-6831-TSH

**VOLUNTARY DISMISSAL**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Plaintiff, Take Two Interactive Software, Inc., hereby voluntarily dismisses Defendants Doe 1 a/k/a ASH R. and ASH_735 and Does 2-10, **without prejudice**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: April 4, 2023          RESPECTFULLY SUBMITTED,

KARIN G. PAGNANELLI
MARC E. MAYER
MARK C. HUMPHREY
MITCHELL SILBERBERG & KNUPP LLP


By: /s/ Karin G. Pagnanelli
    Karin G. Pagnanelli
    Marc E. Mayer
    Mark C. Humphrey
    Attorneys for Plaintiff
    Take-Two Interactive Software, Inc.